# EXHIBIT A



1982



2010

# EXHIBIT B





